# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Toni L. Richards )
*Plaintiff* )
v. ) Civil Action No. 2:15-CV-00134-RMP
Healthcare Resource Group, Inc., et al )
)
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's motion for summary judgment dismissal of all Plaintiff's claims against Defendants is GRANTED. All of Plaintiff's claims are DISMISSED WITH PREJUDICE. Plaintiff's motion for partial summary judgment is DENIED. Judgment shall be entered in favor of all Defendants on all claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Peterson  on motions for summary judgment.

Date: September 20, 2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy