UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TONI L. RICHARDS, a single woman,<br><br>    Plaintiff,<br><br>    v.<br><br>HEALTHCARE RESOURCE GROUP, INC., a Washington corporation; CRYSTAL LARSEN and JOHN DOE LARSEN, and the marital community comprised thereof; and CANDICE NELSEN and JOHN DOE NELSEN, and the marital community comprised thereof,<br><br>    Defendants. | NO: 2:15-CV-134-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 121.  Having reviewed the Motion and the record, the Court finds good cause to grant dismissal.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  Accordingly, **IT IS HEREBY ORDERED** that the parties' Stipulated

2  Motion to Dismiss with Prejudice, **ECF No. 121**, is **GRANTED**. All remaining

3  claims by Plaintiff are dismissed **with prejudice and without costs to any party**.

4  The District Court Clerk is directed to enter this Order and provide copies to

5  counsel.

6  **DATED** this November 9, 2016.

7

8          *s/ Rosanna Malouf Peterson*
    ROSANNA MALOUF PETERSON
       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21